UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID F. SCIOLI,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | NO. CV-10-301-CI<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for an immediate award of benefits.

Defendant's Motion for Summary Judgment is DENIED. Judgment is entered for Plaintiff.

DATED this 9th day of February, 2012.

                                        JAMES R. LARSEN
                                        District Court Executive/Clerk


                                        By:  s/Renea Ferrante
                                              Deputy Clerk

cc: all counsel